# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JAKINA LYNUM,

Appellant,

v.

DEPARTMENT of REVENUE, CHILD SUPPORT PROGRAM, and KEEVIN-AUSTIN SMITH,

Appellees.

No. 2D2025-1570

_____

April 24, 2026

Appeal from the Circuit Court for Hillsborough County; Christopher Brown, Judge.

Jakina Lynum, pro se.

No appearance by Appellees.


PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.